IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01299-DME-KMT

PAULA MARTINEZ,

    Plaintiff,

v.

AEGIS RECEIVABLES MANAGEMENT, INC., a Delaware corporation,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

    BY THE COURT:

August 12, 2010      *s/ David M. Ebel*
DATE                   U.S. CIRCUIT JUDGE